J-A18006-18

2018 PA Super 358

| THE ESTATE OF PHILIP F. YOUNG AND BRINTON YOUNG, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF PHILIP F. YOUNG | : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| Appellants | : : : : | |
| v. | : : : | No. 2898 EDA 2017 |
| ROBERT LOUIS, ESQUIRE AND SAUL EWING, LLP | : : | |

Appeal from the Order Dated August 2, 2017
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): June Term, 2015, NO. 01733

BEFORE:   STABILE, J., STEVENS*, P.J.E., and STRASSBURGER**, J.

CONCURRING OPINION BY STRASSBURGER, J.:**FILED DECEMBER 31, 2018**

I join the learned Majority.  The quote often attributed, perhaps incorrectly, to Albert Einstein, "insanity is doing the same thing and expecting a different result" is wisdom, regardless of who said it.  I was the author of the panel opinion of the Superior Court in **Estate of Agnew v. Ross**, 110 A.3d 1020 (Pa. Super. 2015) *rev'd* 152 A.3d 247 (Pa. 2017), a case noted by the Majority here as remarkably similar to this case.  The panel of this Court in **Agnew** found standing for the purported beneficiaries.  Our Supreme Court reversed.  I will not do the same thing again, expecting a different result.

Judge Stabile joins the concurring opinion.

_____
*   Former Justice specially assigned to the Superior Court.
** Retired Senior Judge assigned to the Superior Court.